1

2          **UNITED STATES DISTRICT COURT**

3                **DISTRICT OF NEVADA**

4

5   Re: Kevin Zimmerman              )
        ADA Litigation               )
                                     )
6   ─────────────────────────────────)

7   2:17-cv-00304-GMN-GWF     2:17-cv-00528-GMN-GWF     2:17-cv-00800-GMN-GWF
    2:17-cv-00305-GMN-GWF     2:17-cv-00529-GMN-GWF     2:17-cv-00801-GMN-GWF
    2:17-cv-00306-GMN-GWF     2:17-cv-00531-GMN-GWF     2:17-cv-00809-GMN-GWF
8   2:17-cv-00307-GMN-GWF     2:17-cv-00532-GMN-GWF     2:17-cv-00811-GMN-GWF
    2:17-cv-00308-GMN-GWF     2:17-cv-00533-GMN-GWF     2:17-cv-00812-GMN-GWF
9   2:17-cv-00309-GMN-GWF     2:17-cv-00535-GMN-GWF     2:17-cv-00813-GMN-GWF
    2:17-cv-00310-GMN-GWF     2:17-cv-00536-GMN-GWF     2:17-cv-00814-GMN-GWF
10  2:17-cv-00312-GMN-GWF     2:17-cv-00538-GMN-GWF     2:17-cv-00815-GMN-GWF
    2:17-cv-00313-GMN-GWF     2:17-cv-00539-GMN-GWF     2:17-cv-00816-GMN-GWF
11  2:17-cv-00395-GMN-GWF     2:17-cv-00541-GMN-GWF     2:17-cv-00817-GMN-GWF
    2:17-cv-00396-GMN-GWF     2:17-cv-00551-GMN-GWF     2:17-cv-00823-GMN-GWF
12  2:17-cv-00397-GMN-GWF     2:17-cv-00554-GMN-GWF     2:17-cv-00826-GMN-GWF
    2:17-cv-00398-GMN-GWF     2:17-cv-00555-GMN-GWF     2:17-cv-00827-GMN-GWF
13  2:17-cv-00399-GMN-GWF     2:17-cv-00556-GMN-GWF     2:17-cv-00830-GMN-GWF
    2:17-cv-00400-GMN-GWF     2:17-cv-00557-GMN-GWF     2:17-cv-00833-GMN-GWF
14  2:17-cv-00401-GMN-GWF     2:17-cv-00558-GMN-GWF     2:17-cv-00835-GMN-GWF
    2:17-cv-00402-GMN-GWF     2:17-cv-00559-GMN-GWF     2:17-cv-00836-GMN-GWF
15  2:17-cv-00403-GMN-GWF     2:17-cv-00560-GMN-GWF     2:17-cv-00837-GMN-GWF
    2:17-cv-00404-GMN-GWF     2:17-cv-00561-GMN-GWF     2:17-cv-00838-GMN-GWF
16  2:17-cv-00405-GMN-GWF     2:17-cv-00563-GMN-GWF     2:17-cv-00839-GMN-GWF
    2:17-cv-00407-GMN-GWF     2:17-cv-00565-GMN-GWF     2:17-cv-00840-GMN-GWF
17  2:17-cv-00408-GMN-GWF     2:17-cv-00567-GMN-GWF     2:17-cv-00841-GMN-GWF
    2:17-cv-00409-GMN-GWF     2:17-cv-00568-GMN-GWF
18  2:17-cv-00411-GMN-GWF     2:17-cv-00569-GMN-GWF
    2:17-cv-00415-GMN-GWF     2:17-cv-00571-GMN-GWF
19  2:17-cv-00417-GMN-GWF     2:17-cv-00572-GMN-GWF
    2:17-cv-00418-GMN-GWF     2:17-cv-00584-GMN-GWF
20  2:17-cv-00419-GMN-GWF     2:17-cv-00585-GMN-GWF
    2:17-cv-00423-GMN-GWF     2:17-cv-00586-GMN-GWF
21  2:17-cv-00425-GMN-GWF     2:17-cv-00587-GMN-GWF
    2:17-cv-00426-GMN-GWF     2:17-cv-00588-GMN-GWF
22  2:17-cv-00427-GMN-GWF     2:17-cv-00589-GMN-GWF
    2:17-cv-00428-GMN-GWF     2:17-cv-00590-GMN-GWF
23  2:17-cv-00429-GMN-GWF     2:17-cv-00591-GMN-GWF
    2:17-cv-00430-GMN-GWF     2:17-cv-00592-GMN-GWF
24  2:17-cv-00433-GMN-GWF     2:17-cv-00593-GMN-GWF
    2:17-cv-00435-GMN-GWF     2:17-cv-00594-GMN-GWF
25  2:17-cv-00436-GMN-GWF     2:17-cv-00595-GMN-GWF
    2:17-cv-00437-GMN-GWF     2:17-cv-00596-GMN-GWF
26  2:17-cv-00438-GMN-GWF     2:17-cv-00597-GMN-GWF
    2:17-cv-00518-GMN-GWF     2:17-cv-00598-GMN-GWF
27  2:17-cv-00519-GMN-GWF     2:17-cv-00599-GMN-GWF
    2:17-cv-00520-GMN-GWF     2:17-cv-00600-GMN-GWF
28  2:17-cv-00522-GMN-GWF     2:17-cv-00601-GMN-GWF
    2:17-cv-00523-GMN-GWF     2:17-cv-00602-GMN-GWF
    2:17-cv-00524-GMN-GWF     2:17-cv-00783-GMN-GWF
    2:17-cv-00526-GMN-GWF     2:17-cv-00787-GMN-GWF
    2:17-cv-00527-GMN-GWF     2:17-cv-00791-GMN-GWF

**OMNIBUS ORDER**

On or about March 29, 2017, the Court entered a sealed Omnibus Order in each of the above-referenced cases directing Plaintiff to file a revised certificate of interested parties because it determined that pursuant to the Litigation Funding Agreement, Litigation Management and Financial Services, LLC also has a direct, pecuniary interest in the outcome of these cases and should be disclosed by Plaintiff in his certificates of interested parties. The Court has determined that the Omnibus Order was erroneously filed under seal and Plaintiff should not be filing his amended certificate of interested parties under seal. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the Omnibus Order regarding the refiling of Plaintiff's certificate of interested parties in each of the above-listed cases.

**IT IS HEREBY ORDERED** that Plaintiff shall not file his amended certificates of interested parties under seal.

DATED this 14th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge